NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
ROBERT I. LESTER (State Bar No. 116429)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone:   (213) 894-2464
     Facsimile:    (213) 894-7819
     E-mail:       robert.lester@usdoj.gov

Attorneys for Federal Respondents
Secretary of DHS Kirstjen Nielsen, Attorney General
Jeff Sessions, David Jennings, and Andre Quinones

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINDAENG SOK,<br><br>           Petitioner,<br><br>           v.<br><br>KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security, *et al.*,<br><br>           Respondents. | No. ED CV 18-00071-PA (SK)<br><br>[PROPOSED]<br><br>**ORDER EXTENDING TIME FOR FEDERAL RESPONDENTS TO RESPOND TO PETITION** |

     Pursuant to the Stipulation, and for good cause shown, IT IS ORDERED that Federal Respondents' time to respond to the Petition for Writ of Habeas Corpus is extended from February 16, 2018 to March 2, 2018.

DATED:   February 21, 2018

_____
UNITED STATES MAGISTRATE JUDGE