UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:18-cv-71-PA (SK) | Date | May 7, 2018 |
|---|---|---|---|
| Title | Dindaeng Sok v. Nielsen, et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Connie Lee | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER CONTINUING OSC HEARING AND REQUIRING GOVERNMENT STATUS REPORT**

The OSC hearing in this matter is continued to 10:00 AM on June 6, 2018 in Courtroom 540 on the Fifth Floor of the Roybal Federal Building and Courthouse located at 255 East Temple Street in Los Angeles, California.  Respondent shall file a status report by no later than 12:00 PM on Friday June 1, 2018, regarding Petitioner's travel documents from Cambodia.  Petitioner may file an optional response by no later than 12:00 PM on Tuesday, June 5, 2018.

**IT IS SO ORDERED.**