# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-00071-CJC (SK) | Date | August 31, 2018 |
|---|---|---|---|
| Title | Dindaeng Sok v. Kirstjen Nielsen, et al. | | |

**Present: The Honorable** Steve Kim, United States Magistrate Judge

| Connie Lee | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF SECTION 2241 HABEAS PETITION (ECF No. 29)**

Based on the parties' stipulated notice of voluntary dismissal, this action is dismissed without prejudice and the Clerk is ordered to close the case.

IT IS SO ORDERED.